UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATIONAL AUTOMATIC SPRINKLER INDUSTRY APPRENTICE AND TRAINING FUND,<br><br>Plaintiff,<br><br>- vs -<br><br>ATLANTIC FIRE PROTECTION, LLC<br><br>Defendant. | ) | CA 08 194 ML<br><br>C.A. No. 08- |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1(a), Plaintiff National Automatic Sprinkler Industry Apprentice and Training Fund states that it has no parent corporation and is not publicly traded.

NATIONAL AUTOMATIC SPRINKLER
APPRENTICE AND TRAINING FUND
By Its Attorneys,

NIXON PEABODY LLP

Stacie Boeniger Collier (#6059)
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (fax)
sbcollier@nixonpeabody.com

Dated: May 19, 2008