AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

NATIONAL AUTOMATIC SPRINKLER INDUSTRY
APPRENTICE AND TRAINING FUND

Plaintiff

v.

ATLANTIC FIRE PROTECTION, LLC

Defendant

Civil Action No. C.A. 08 194 ML

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Michael A. Mosco, Esq.
Registered Agent for Atlantic Fire Protection, LLC
319 Hope Street, 1st Floor
Providence, RI 02906

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Stacie Boeniger Collier, Esquire
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 5/20/08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Atlantic Fire Protection, by:

(1) personally delivering a copy of each to the individual at this place, ______________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Michael Mosco, Esq. A/F/S; or

(4) returning the summons unexecuted to the court clerk on ______________; or

(5) other *(specify)* ______________________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

Date: 5/20/08

[signature]
Server's signature

Disinterested Party
Printed name and title

30 Birch Tree Dr. Johnston RI
Server's address